

**JAMES A. SAVILLE, JR.**
**HILL RIVKINS & HAYDEN LLP**
Attorneys for Plaintiff

45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------X
UBE MATERIAL INDUSTRIES, LTD.         :

                       Plaintiff,          :

        - Against -                          :

GOLDEN SAILING SHIPPING CO. LTD.
and DALIAN GOLDEN SAILING SHIPPING    :
CO. LTD.
                     Defendants.         :
------------------------------X

Index No.:
08 CV

RULE 7.1 STATEMENT

RECEIVED
AUG 1 5 2008
U.S.D.C. S.D. N.Y.
CASHIERS

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff UBE MATERIAL INDUSTRIES, LTD. certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held.

                            **NONE.**

DATE: August 15, 2008

                                          _____
                                          James A. Saville, Jr.