JAMES A. SAVILLE, JR.
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff

45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UBE MATERIAL INDUSTRIES, LTD.      :
                                   :   Index No.:
                                   :   08 CV _____ (  )
              Plaintiff,           :
                                   :
      - Against -                  :
                                   :   ORDER APPOINTING SPECIAL
GOLDEN SAILING SHIPPING CO. LTD.   :   PROCESS SERVICE PURSUANT
and DALIAN GOLDEN SAILING          :   TO RULE 4(c)
SHIPPING CO. LTD.                  :
                                   :
              Defendants.          :
------------------------------------X

Upon the application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure and upon reading and filing the Affirmation of James A. Saville, Jr., sworn to on August 15, 2008, and good cause having been shown, it is on this 18 day of August, 2008.

**O R D E R E D** that Robert I. Blum or other such similarly qualified person designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party ~~attorney~~ or to this action, in addition to the United States Marshal, be and hereby is appointed to

serve the Process of Attachment and Garnishment and the Verified Complaint, together with any Interrogatories, upon the garnishee(s) who may hold assets for, or on account of, Defendants GOLDEN SAILING SHIPPING CO. LTD. and DALIAN GOLDEN SAILING SHIPPING CO. LTD.; and it is further

**O R D E R E D** that Robert I. Blum or other such similarly qualified person designated by Hill Rivkins & Hayden LLP, over the age of eighteen (18) and not a party or attorney to this action, in addition to the United States Marshal is hereby appointed to serve any other garnishees who based upon information developed subsequent to the issuance of this Order may hold assets for, or on account of, Defendants GOLDEN SAILING SHIPPING CO. LTD. and DALIAN GOLDEN SAILING SHIPPING CO. LTD.

Dated: New York, New York
8/15/08

_____
UNITED STATES DISTRICT JUDGE