*JAMES A. SAVILLE, JR.*
**HILL RIVKINS & HAYDEN LLP**
Attorneys for Plaintiff

45 Broadway – Suite 1500
New York, New York 10006
(212) 669-0600

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*
-----------------------------------X
UBE MATERIAL INDUSTRIES, LTD.      :     Index No.:
                                    :     **08 CV _____ ( )**
              Plaintiff,            :

       - Against -                  :

GOLDEN SAILING SHIPPING CO. LTD.   :
and DALIAN GOLDEN SAILING SHIPPING        **SAVILLE AFFIRMATION**
CO. LTD.;                           :     **PURSUANT TO RULE (B)**

              Defendants.           :
-----------------------------------X

I, James A. Saville, Jr., hereby affirm as follows:

1. I am a member of Hill Rivkins & Hayden LLP, attorneys for Plaintiff herein and admitted to practice before this Honorable Court.

2. This Affirmation is submitted pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

3. Based upon the results of my investigation as set forth herein, I am firmly convinced that the defendants GOLDEN SAILING SHIPPING CO. LTD. and

DALIAN GOLDEN SAILING SHIPPING CO. LTD., are corporations or other business entities which cannot be "found" within this District for the purpose of attachment under Rule B.

4. I contacted the office of the New York Department of State, Division of Corporations on August 11, 2008, via the official Department of State website at http://www.dos.state.ny.us and conducted a search for corporations named GOLDEN SAILING SHIPPING CO. LTD. The search result indicated that the defendant is not a New York corporation, nor is it licensed, authorized or registered to do business in the State of New York as either a domestic or foreign corporation.

5. I contacted the office of the New York Department of State, Division of Corporations on August 11, 2008, via the official Department of State website at http://www.dos.state.ny.us and conducted a search for corporations named DALIAN GOLDEN SAILING SHIPPING CO. LTD. The search result indicated that the defendant is not a New York corporation, nor is it licensed, authorized or registered to do business in the State of New York as either a domestic or foreign corporation.

6. I consulted with Directory Assistance for New York on August 11, 2008, for area codes (212), (718), (914), (646), and toll free listings and no listings for GOLDEN SAILING SHIPPING CO. LTD. or DALIAN GOLDEN SAILING SHIPPING CO. LTD. were found.

7. I accessed on August 11, 2008, through Microsoft Internet Explorer, the Yellow Pages directory database and found no listing in that database for GOLDEN SAILING SHIPPING CO. LTD. or DALIAN GOLDEN SAILING SHIPPING CO. LTD., or any office or agent of any of the other defendants in the State of New York.

8. I accessed the Google search engine and conducted a search for GOLDEN SAILING SHIPPING CO. LTD. and DALIAN GOLDEN SAILING SHIPPING CO. LTD. No information was located for Golden Sailing Shipping Co. Ltd. that indicates it has an office in New York. I located two websites for defendant Dalian Golden Sailing Shipping Company Ltd. Both websites are authored by the Japanese Government, Ministry of Land, Infrastructure, Transport and Tourism. Both websites indicate that Dalian Golden Sailing Shipping Company Ltd. is a Cambodian corporation and/or business entity.

9. Based upon the foregoing, it is respectfully submitted that defendants GOLDEN SAILING SHIPPING CO. LTD. and DALIAN GOLDEN SAILING SHIPPING CO. LTD. cannot be "found" within this District within the meaning of Rule B, thus justifying issuance of an order of attachment against the assets of defendants as may be found within this District up to and including the amount of the claim as specified in the Verified Complaint.

I hereby affirm under the penalty of perjury that the foregoing is true and correct.

Dated: August 15, 2008

                                                      _____
                                                      James A. Saville, Jr.

29931\Rule B\Saville Rule B Affirmation